

# THE CLERK'S RECORD

## VOLUME 1 OF 1

## Trial Court No. 8,044

## Transcript from the 49TH District Court of ZAPATA County, Texas

## Hon. JOSE A. LOPEZ Judge

EX PARTE:

JUAN JOSE GARCIA

Appealed to the Supreme Count of Texas at Austin, Texas, or Court of Criminal Appeals of Texas at Austin, Texas, or the Court of Appeals for the 4th District of Texas, at San Antonio, Texas.

Attorney for Appellant name: D.KAYLYN BETTS
Address: P.O. BOX 4143 AUSTIN, TEXAS 78765-4143
Telephone No. 512-424-5836
Fax No. 512-424-5666
SBOT # 24064894
Attorney for: TEXAS DEPARTMENT OF PUBLIC SAFETY

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Delivered to the Supreme Count of Texas at Austin, Texas, or Court of Criminal Appeals of Texas at Austin, Texas, or the Court of Appeals for the 4th District of Texas, at San Antonio, Texas
On the 5TH day of MAY, 2015.

Signature of Clerk-: _____
Name of Clerk Sylvia V. Santos
Title: Chief Deputy

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Appellate Court Cause No. _____
Filed in the Supreme Count of Texas at Austin, Texas, or Court of Criminal Appeals of Texas at Austin, Texas, or the Court of Appeals for the 4th District of Texas, at San Antonio, Texas on the _____ day of _____, 20___

Signature of Clerk _____

By _____ Deputy

---
**CAPTION**
---

THE STATE OF TEXAS:

COUNTY OF ZAPATA:

In the 49TH District Court of ZAPATA County, Texas the

Honorable JOSE A.LOPEZ Judge Presiding, the

following proceedings were held and the following instruments and

other papers attached were file in this cause, to-wit:

TRIAL COURT NO. 8,044

EX PARTE

JUAN JOSE GARCIA

000001

# CAUSE NO. 8,044

EX PARTE:                       )(     **In The District Court**
JUAN JOSE GARCIA

                                )(     **49th Judicial District**

                                )(     **Zapata County, Texas**

# TRANSCRIPT

1.CAPTION                                                    001

2.INDEX                                                      002-004

3.VERIFIED PETITION FOR EXPUNCTION OF RECORDS               005-013

4.AMENDED VERIFIED PETITION FOR EXPUNCTION OF
RECORDS                                                     014-020

5.ISSUED CITATION BY MAILING TO TEXAS DEPARTMENT
 OF TEXAS                                                    021-

6.ISSUED CITATION BY MAILING TO JAIL/SHERIFF'S
DEPARTMENT OF ZAPATA COUNTY -LISA MARTINEZ                   022-

7.ISSUED CITATION BY MAILING TO FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIVISION     023-

8.ISSUED CITATION TO CLERKS OF THE DISTRICT COURT DORA RAMOS     024-

9.ISSUED CITATION TO DISTRICT ATTORNEY, HON. ISIDRO ALANIZ     025-

10.ISSUED CITATION TO COUNTY CLERK OF ZAPATA COUNTY CLERK AT LAW     026-

11.ISSUED CITATION TO COUNTY ATTORNEY OF ZAPATA COUNTY HON. ALFONSO FIGUEROA     027-

12.RETURN RECEIPT, COUNTY CLERK , 10-16-12     028-

13.RETURN RECEIPT, DISTRICT CLERK, 10-16-12     029-

14.RETURN RECEIPT, JAIL SHERIFFS DEPT., 10-19-12     030-

15.RETURN RECEIPT, DISTRICT ATTORNEY, ISIDRO ALANIZ 10-18-12     031-

16.RETURN RECEIPT, TEXAS DEPARTMENT OF PUBLIC SAFETY, 10-19-12     032-

17.RETURN RECEIPT, FEDERAL BUREAU OF INVESTIGATIONS LAREDO DIVISION     033-

18.RETURNED UNCLAIMED, RETURN RECEIPT, COUNTY ATTORNEY ALFONSO FIGUEROA     034-

19.SEARCH RESULTS, ZAPATA COUNTY CLERK     035-

20.ORIGINAL ANSWER FOR RESPONDENT TEXAS DEPARTMENT OF PUBLIC SAFETY     036-038

21.MOTION FOR CONTINUANCE     039-042

000003

22.ORDER OF DISMISSAL SIGNED BY JUDGE JOSE A. LOPEZ
ON 1-6-14                                                                                 043-

23.ORDER GRANTING AGREED MOTION TO REINSTATE CASE
ON THE COURT'S DOCKET                                                    044-

24.ORDER ON AMENDED VERIFIED PETITION FOR
EXPUNCTION OF RECORDS                                              045-050

25.TEXAS DEPARTMENT OF PUBLIC SAFETY'S NOTICE OF
RESTRICTED APPEAL                                                         051-053

26.DESIGNATION OF CLERK'S RECORD                            054-062

27.DOCKET SHEET                                                             063-066

28.CERTIFICATION                                                           067-

000004



CAUSE NO. 8,044

| EX PARTE | 2012 JUN 19 P 2:03 | § | IN THE DISTRICT COURT |
|---|---|---|---|
| | ZAPATA COUNTY, TEXAS | § | 49th JUDICIAL DISTRICT |
| | BY _____ DEPUTY | § | |
| JUAN JOSE GARCIA | | § | ZAPATA COUNTY, TEXAS |

## VERIFIED PETITION FOR EXPUNCTION OF RECORDS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **JUAN JOSE GARCIA**, Petitioner, and moves the Court to order expunction of all criminal records and files pertaining to the arrest of Petitioner described below, and would respectfully show as follows:

1.      The following information regarding Petitioner is included pursuant to Section 2(b) of Article 55.02, Texas Code of Criminal Procedure:

> NAME:  JUAN JOSE GARCIA
> SEX:   MALE
> RACE:  HISPANIC
> DATE OF BIRTH: OCTOBER 23, 1973
> DRIVER'S LICENSE NO.: TX 03057203
> SOCIAL SECURITY NO.: 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
> ADDRESS AT TIME OF ARREST: 1101 DELMAR ST. ZAPATA, TX. 78076

2.      **JUAN JOSE GARCIA** was charged the following offense, regarding which the following information is provided in accordance with said Section 2(b) of said Article 55.02:

> ALLEGED OFFENSE: AGGRAVATED SEXUAL ASSAULT
> DATE OF ALLEGED OFFENSE: APRIL 16, 2002
> DATE OF ARREST: APRIL 16, 2002
> COUNTY WHERE ARRESTED: ZAPATA COUNTY
> MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
> ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

> ALLEGED OFFENSE: ATTEMPTED MURDER
> DATE OF ALLEGED OFFENSE: JULY 10, 1994
> DATE OF ARREST: JULY 10, 1994
> COUNTY WHERE ARRESTED: ZAPATA COUNTY
> MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
> ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

3.      Petitioner is entitled to an expunction of all records and files relating to said alleged offenses of (A) AGGRAVATED SEXUAL ASSAULT, (B) ATTEMPTED MURDER under

000005



Article 55.01(a)(2) of the Texas Code of Criminal Procedure, Petitioner further states that he has been released, that the charge has not resulted in a final conviction and is no longer pending, and that there was no court-ordered probation under Article 42.12 of the Texas Code of Criminal Procedure nor a conditional discharge under Section 481.109 of the Texas Health and Safety Code.

4. Petitioner has not been convicted of a felony in the five years preceding the date of said arrest.

5. Petitioner has reason to believe that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, or other officials, agencies, entities, or political subdivisions may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described above, and which are subject to expunction:

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N. LAMAR BLVD., AUSTIN, TEXAS 78773;

**JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY**
**LISA MARTINEZ, CUSTODIAN OF RECORDS**
2311 STOP 23A ZAPATA, TEXAS 78076;

**FEDERAL BUREAU OF INVESTIGATIONS, MCALLEN DIV.**
1200 N. McCOLL McALLEN, TEXAS 78501.

**DISTRICT ATTORNEY OF WEBB COUNTY**
**HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY**
1110 VICTORIA ST. STE. 401 LAREDO, TEXAS 78040

**CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED**
**DORA RAMOS,** P.O. BOX 788, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0788;

**COUNTY ATTORNEY OF ZAPATA COUNTY**
**HON. ALFONSO FIGUEROA,** P.O. BOX 2314, ZAPATA, TEXAS 78076-2314

**COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW**
**MARY JAYNE VILLARREAL-BONOAN,** P.O. BOX 789, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0789



**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that the Court set this matter for a hearing, and after notice to each of the above agencies, the above-described records be expunged as provided by Chapter 55 of the Texas Code of Criminal Procedure.

Respectfully submitted,

Law Office of Calixtro Villarreal, Jr.
102 N. Texas St.
Rio Grande City, Texas 78582
Tel: (956) 487-3739
Fax: (956) 487-8670

By: _____
Calixtro Villarreal, Jr.
State Bar No. 20581905

# VERIFICATION

**STATE OF TEXAS**                                    §
                                                      §
                                                      §
**COUNTY OF ZAPATA**                                  §

BEFORE ME, the undersigned authority, personally appeared **JUAN JOSE GARCIA**, who, having been duly sworn, stated:

"My name is **JUAN JOSE GARCIA**. I am the Petitioner in the above Petition for Expunction. I have read said Petition for Expunction and the facts stated therein are true and correct."

_____
JUAN JOSE GARCIA

Sworn to and subscribed before me on ~~FEBRUARY~~ *June* 19th, 2012.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires
_Retired J.P._

## CERTIFICATE OF SERVICE

This is to certify that on February ___6___, 2012, a true and correct copy of the above

and foregoing Verified Petition for Expunction of Records was served on the following agencies

via Certified Mail Return Receipt Requested by the District Clerk's Office of this Court.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N. LAMAR BLVD., AUSTIN, TEXAS 78773;

**JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY**
**LISA MARTINEZ, CUSTODIAN OF RECORDS**
2311 STOP 23A ZAPATA, TEXAS 78076;

**FEDERAL BUREAU OF INVESTIGATIONS, MCALLEN DIV.**
1200 N. McCOLL McALLEN, TEXAS 78501.

**DISTRICT ATTORNEY OF WEBB COUNTY**
**HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY**
1110 VICTORIA ST. STE. 401 LAREDO, TEXAS 78040

**CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED**
**DORA RAMOS, P.O. BOX 788, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0788;**

**COUNTY ATTORNEY OF ZAPATA COUNTY**
**HON. ALFONSO FIGUEROA , P.O. BOX 2314, ZAPATA, TEXAS 78076-2314**

**COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW**
**MARY JAYNE VILLARREAL-BONOAN, P.O. BOX 789, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0789**

Calixtro Villarreal, Jr.

000009

CAUSE NO.: 8,044

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| | § | ____JUDICIAL DISTRICT |
| | § | |
| JUAN JOSE GARCIA | § | ZAPATA COUNTY, TEXAS |

## ORDER FOR A SETTING ON VERIFIED PETITION FOR EXPUNCTION OF RECORD

On the _____ Day of _____ 2012, the Petitioner filed a Verified Petition for Expunction. The Court finds that the party is entitled to a hearing on this matter, and **IT IS THEREFORE ORDERED** that an evidentiary hearing on this petition is set for the _____ Day of _____, 2012 at _____ _____.M.

Signed on the _____ Day of _____, 2012.

_____
**JUDGE PRESIDING**

Cc:

Law Offices of Calixtro Villarreal, Jr.
102 N. Texas St.
Rio Grande City, Texas 78582
Tel: (956) 487-3739
Fax: (956) 487-8670
Attorney for Petitioner

Hon. Pedro (Pete) Garza, Jr.
Asst. District Attorney, Zapata Co.
Zapata County Courthouse
P.O. Box 1343
Laredo, Texas 78042-1343
Tel: (956) 523-4900
Fax: (956) 523-5070

000010

CAUSE NO.: 8,044

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | _____JUDICIAL DISTRICT |
| | § | |
| JUAN JOSE GARCIA | § | ZAPATA COUNTY, TEXAS |

## ORDER OF VERIFIED PETITION FOR EXPUNCTION OF RECORDS

On this _____ day of _____, 2012, the Court considered the Verified Petition for Expunction of Records of **JUAN JOSE GARCIA**, which the Court finds should be **GRANTED**.

The following information regarding Petitioner is included in this Order pursuant to Section 3(b) of Article 55.02, Texas Code of Criminal Procedure:

NAME: JUAN JOSE GARCIA
SEX: MALE
RACE: HISPANIC
DATE OF BIRTH: NOVEMBER 8, 1990
DRIVER'S LICENSE NO.: 24213370, TEXAS
SOCIAL SECURITY NO.: 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
ADDRESS AT TIME OF ARREST: 1514 U.S. HWY. 83 ZAPATA, TEXAS 78076

**THE COURT FINDS** that **JUAN JOSE GARCIA** is entitled to expunction as provided by Article 55.01(a)(2), Texas Code of Criminal Procedure, with respect to the following offense charged against Petitioner, with pertinent information provided in accordance with said Section 3(b) of said Article 55.02:

ALLEGED OFFENSE: AGGRAVATED SEXUAL ASSAULT
DATE OF ALLEGED OFFENSE: APRIL 16, 2002
DATE OF ARREST: APRIL 16, 2002
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: ATTEMPTED MURDER
DATE OF ALLEGED OFFENSE: JULY 10, 1994
DATE OF ARREST: JULY 10, 1994
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

000011



**THE COURT FURTHER FINDS** that the circumstances surrounding the dismissal of said offense or the quashing of the indictment or information indicate that there was an absence of probable cause at the time of such dismissal **IN THE INTEREST OF JUSTICE.**

**THE COURT FURTHER FINDS** that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, or other officials, agencies, entities, or political subdivisions may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described in this Order, and which are subject to expunction:

> **TEXAS DEPARTMENT OF PUBLIC SAFETY**
> 5805 N. LAMAR BLVD., AUSTIN, TEXAS 78773;
>
> **JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY**
> **LISA MARTINEZ, CUSTODIAN OF RECORDS**
> 2311 STOP 23A ZAPATA, TEXAS 78076;
>
> **FEDERAL BUREAU OF INVESTIGATIONS, MCALLEN DIV.**
> 1200 N. McCOLL McALLEN, TEXAS 78501.
>
> **DISTRICT ATTORNEY OF WEBB COUNTY**
> **HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY**
> 1110 VICTORIA ST. STE. 401 LAREDO, TEXAS 78040
>
> **CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED**
> **DORA RAMOS, P.O. BOX 788, ZAPATA COUNTY COURTHOUSE, ZAPATA,**
> **TEXAS 78076-0788;**
>
> **COUNTY ATTORNEY OF ZAPATA COUNTY**
> **HON. ALFONSO FIGUEROA, P.O. BOX 2314, ZAPATA, TEXAS 78076-2314**
>
> **COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW**
> **MARY JAYNE VILLARREAL-BONOAN, P.O. BOX 789, ZAPATA COUNTY**
> **COURTHOUSE, ZAPATA, TEXAS 78076-0789**

**THE COURT ORDERS** that any of the above-named agencies and/or persons that sent information to a central federal depository regarding the arrest and/or alleged offense described herein shall request such federal depository to return all records and files subject of this Order.

000012

**THE CLERK OF THIS COURT IS ORDERED** to send a certified copy of this Order by hand delivery or by certified mail, return receipt requested, to the Crime Records Service of the Texas Department of Public Safety and to each other agency, jail or other detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named herein above. In the event that this Order is delivered by hand delivery, the clerk of the court is further directed to receive a receipt for each such Order delivered in this manner.

The Texas Department of Public Safety is ORDERED to notify any central federal depository of criminal records by any reasonable means of this Order, with an explanation of the effect of the Order and a request that the records in possession of the depository, including any information with respect to the Order, be destroyed or returned to the Court.

**IT IS FURTHER ORDERED**, that, upon receipt of this Order, each agency, jail or other detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named herein above shall: (1) return to this Court all records and files that are subject to this Order, or, if removal is impracticable, obliterate all portions of the record or file that identify **JUAN JOSE GARCIA** and notify this Court of any such action; and (2) delete from public records all index references to the records and files that are subject to this Order.

**IT IS FURTHER ORDERED** that the records concerning this proceeding are not open for inspection by anyone, and the Clerk of this Court shall obliterate all public references to this proceeding and maintain the files or other records in an area not open to inspection.

Any and all files or records subject to this Order shall be destroyed by the Clerk of this Court not earlier than the 60th day after the date of this order or later than the first anniversary of the date of this Order, and the Clerk shall certify to the Court the destruction of the same.

Signed on the _____ Day of _____, 2012.

_____
**JUDGE PRESIDING**

000013

CAUSE NO. 8,044

DORA
DISTRICT CLERK

2012 OCT 15 P 12: 45

FILED
ZAPATA COUNTY, TEXAS

BY_____DEPUTY

**EX PARTE**

§
§
§
§
§
§
§
§

**IN THE DISTRICT COURT**

**49TH JUDICIAL DISTRICT**

**JUAN JOSE GARCIA**

**ZAPATA COUNTY, TEXAS**

## AMENDED VERIFIED PETITION FOR EXPUNCTION OF RECORDS

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **JUAN JOSE GARCIA**, Petitioner, and moves the Court to order expunction of all criminal records and files pertaining to the arrest of Petitioner described below, and would respectfully show as follows:

1.      The following information regarding Petitioner is included pursuant to Section 2(b) of Article 55.02, Texas Code of Criminal Procedure:

> NAME:  JUAN JOSE GARCIA
> SEX:    MALE
> RACE:  HISPANIC
> DATE OF BIRTH: OCTOBER 23, 1973
> DRIVER'S LICENSE NO.: TX 03057203
> SOCIAL SECURITY NO.: 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
> ADDRESS AT TIME OF ARREST: 1101 DELMAR ST. ZAPATA, TX. 78076

2.      **JUAN JOSE GARCIA** was charged the following offense, regarding which the following information is provided in accordance with said Section 2(b) of said Article 55.02:

> ALLEGED OFFENSE: AGGRAVATED SEXUAL ASSAULT
> DATE OF ALLEGED OFFENSE: APRIL 16, 2002
> DATE OF ARREST: APRIL 16, 2002
> COUNTY WHERE ARRESTED: ZAPATA COUNTY
> MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
> ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE
>
> ALLEGED OFFENSE: ATTEMPTED MURDER
> DATE OF ALLEGED OFFENSE: JULY 10, 1994
> DATE OF ARREST: JULY 10, 1994
> COUNTY WHERE ARRESTED: ZAPATA COUNTY
> MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
> ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE
>
> ALLEGED OFFENSE: SEXUAL ASSAULT
> DATE OF ALLEGED OFFENSE: AUGUST 1, 2001
> DATE OF ARREST: AUGUST 1, 2001
> COUNTY WHERE ARRESTED: ZAPATA COUNTY
> MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
> ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

000014

ALLEGED OFFENSE: POSSESSION OF MARIHUANA
DATE OF ALLEGED OFFENSE: FEBRUARY 26, 2001
DATE OF ARREST: FEBRUARY 26, 2001
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: SEPTEMBER 14, 1997
DATE OF ARREST: SEPTEMBER 14, 1997
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: EVADING ARREST
DATE OF ALLEGED OFFENSE: NOVEMBER 15, 1997
DATE OF ARREST: NOVEMBER 15, 1997
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF MARIHUANA
DATE OF ALLEGED OFFENSE: DECEMBER 1, 1996 .
DATE OF ARREST: DECEMBER 1, 1996
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: AUGUST 7, 1994
DATE OF ARREST: AUGUST 7, 1994
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: BURGLARY OF HABITATION
DATE OF ALLEGED OFFENSE: MARCH 12, 1993
DATE OF ARREST: MARCH 12, 1993
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: MARCH 12, 1993
DATE OF ARREST: MARCH 12, 1993
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF MARIHUANA (<2OZ)
DATE OF ALLEGED OFFENSE: OCTOBER 20, 2008
DATE OF ARREST: OCTOBER 20, 2008
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA, TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

3.    Petitioner is entitled to an expunction of all records and files relating to said alleged

offenses of (A) AGGRAVATED SEXUAL ASSAULT, (B) ATTEMPTED MURDER (C) SEXUAL ASSAULT (D) POSSESSION OF MARIHUANA (F)POSSESSION OF CONTROLLED SUBSTANCE (E) EVADING ARREST (F) POSSESSION OF CONTROLLED SUBTANCE (G) BURGLARY OF A HABITATION (H) POSSESSION OF CONTROLLED SUBTANCE (I) POSSESSION OF MARIHUANA under Article 55.01(a)(2) of the Texas Code of Criminal Procedure, Petitioner further states that he has been released, that the charge has not resulted in a final conviction and is no longer pending, and that there was no court-ordered probation under Article 42.12 of the Texas Code of Criminal Procedure nor a conditional discharge under Section 481.109 of the Texas Health and Safety Code.

4.     Petitioner has not been convicted of a felony in the five years preceding the date of said arrest.

5.     Petitioner has reason to believe that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, or other officials, agencies, entities, or political subdivisions may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described above, and which are subject to expunction:

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N. LAMAR BLVD., AUSTIN, TEXAS 78773;

**JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY**
**LISA MARTINEZ, CUSTODIAN OF RECORDS**
2311 STOP 23A ZAPATA, TEXAS 78076;

**FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIV.**
109 SHILO DR. STE 430, LAREDO, TEXAS 78045.

**DISTRICT ATTORNEY OF WEBB COUNTY**
**HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY**
1110 VICTORIA ST. STE. 401 LAREDO, TEXAS 78040

**CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED**
**DORA RAMOS,** P.O. BOX 788, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0788;

**COUNTY ATTORNEY OF ZAPATA COUNTY**
**HON. ALFONSO FIGUEROA,** P.O. BOX 2314, ZAPATA, TEXAS 78076-2314

**COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW**
**MARY JAYNE VILLARREAL-BONOAN,** P.O. BOX 789, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0789

00001b

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that the Court set this matter for a hearing, and after notice to each of the above agencies, the above-described records be expunged as provided by Chapter 55 of the Texas Code of Criminal Procedure.

Respectfully submitted,

Law Office of Calixtro Villarreal, Jr.
102 N. Texas St.
Rio Grande City, Texas 78582
Tel: (956) 487-3739
Fax: (956) 487-8670

By:_____
Calixtro Villarreal, Jr.
State Bar No. 20581905

000017

# VERIFICATION

STATE OF TEXAS                    §
                                  §
                                  §
COUNTY OF ZAPATA                  §

BEFORE ME, the undersigned authority, personally appeared **JUAN JOSE GARCIA**, who, having been duly sworn, stated:

"My name is **JUAN JOSE GARCIA**. I am the Petitioner in the above Petition for Expunction. I have read said Petition for Expunction and the facts stated therein are true and correct."

_____
JUAN JOSE GARCIA

Sworn to and subscribed before me on ~~FEBRUARY~~ October _11th_, 2012.

JOSE ADAN VILLARREAL, JR.
Notary Public, State of Texas
My Commission Expires
February 17, 2016

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires
02 / 17 / 15

000018

# CERTIFICATE OF SERVICE

This is to certify that on ~~February~~ October   I 7 , 2012, a true and correct copy of the above and foregoing Amended Verified Petition for Expunction of Records was served on the following agencies  via Certified Mail Return Receipt Requested by the District Clerk's Office of this Court.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N. LAMAR BLVD., AUSTIN, TEXAS 78773;

**JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY**
**LISA MARTINEZ, CUSTODIAN OF RECORDS**
2311 STOP 23A ZAPATA, TEXAS 78076;

**FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIV.**
109 SHILO DR. STE 430, LAREDO, TEXAS 78045.

**DISTRICT ATTORNEY OF WEBB COUNTY**
**HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY**
1110 VICTORIA ST. STE. 401 LAREDO, TEXAS 78040

**CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED**
**DORA RAMOS,** P.O. BOX 788, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0788;

**COUNTY ATTORNEY OF ZAPATA COUNTY**
**HON. ALFONSO FIGUEROA ,** P.O. BOX 2314, ZAPATA, TEXAS 78076-2314

**COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW**
**MARY JAYNE VILLARREAL-BONOAN,** P.O. BOX 789, ZAPATA COUNTY COURTHOUSE, ZAPATA, TEXAS 78076-0789

_____
Calixtro Villarreal, Jr.

000019

CAUSE NO. 8,044

EX PARTE                               §        IN THE DISTRICT COURT
                                       §
                                       §        49ᵀᴴ JUDICIAL DISTRICT
                                       §
JUAN JOSE GARCIA                       §        ZAPATA COUNTY, TEXAS

## ORDER FOR A SETTING ON AMENDED VERIFIED PETITION FOR EXPUNCTION OF RECORD

On the _____ Day of _____ 2012, the Petitioner filed a Amended Verified

Petition for Expunction. The Court finds that the party is entitled to a hearing on this matter, and

**IT IS THEREFORE ORDERED** that an evidentiary hearing on this petition is set for the _____

___ Day of _____, 2012 at _____ _____.M.

Signed on the _____ Day of _____, 2012.


_____
JUDGE PRESIDING


Cc:

Law Offices of Calixtro Villarreal, Jr.
102 N. Texas St.
Rio Grande City, Texas 78582
Tel: (956) 487-3739
Fax: (956) 487-8670
Attorney for Petitioner


Hon. Pedro (Pete) Garza, Jr.
Asst. District Attorney, Zapata Co.
Zapata County Courthouse
P.O. Box 1343
Laredo, Texas 78042-1343
Tel: (956) 523-4900
Fax: (956) 523-5070

000020

# ***CITATION BY MAILING***

## THE STATE OF TEXAS

TO:     TEXAS DEPARTMENT OF PUBLIC SAFETY

          5805 N. LAMAR BLVD.

          AUSTIN, TEXAS 78773


Defendant, in the hereinafter styled and numbered cause:     8,044


YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012. Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: _MELISSA GONZALEZ_
MELISSA GONZALEZ, Deputy Clerk

### NOTICE
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000021

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:       JAIL/SHERIFF'S DEPARTMENT OF ZAPATA COUNTY

           LISA MARTINEZ, CUSTODIAN OF RECORDS

           2311 STOP 23A

           ZAPATA, TEXAS 78076

Defendant, in the hereinafter styled and numbered cause:    8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012. Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: _~Melissa Gonzales~_
      MELISSA GONZALEZ, Deputy Clerk

### NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000022

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:      FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIVISION

     109 SHILOH DR., SUITE 430

     LAREDO, TEXAS 78045

Defendant, in the hereinafter styled and numbered cause:    8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012. Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: _MELISSA GONZALEZ_, Deputy Clerk
MELISSA GONZALEZ, Deputy Clerk

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:        CLERK OF THE DISTRICT COURT

           DORA RAMOS

           P.O. BOX 788

           ZAPATA, TEXAS 78076

Defendant, in the hereinafter styled and numbered cause:   8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012.  Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

                                 DORA MTZ RAMOS
                                 District Clerk of Zapata County, Texas
(SEAL)                        P.O. Box 788
                                 Zapata, Texas 78076

By:         _MELISSA GONZALEZ, Deputy Clerk_

## NOTICE

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000024

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:    DISTRICT ATTORNEY OF WEBB COUNTY

       HON. ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY

       1110 VICTORIA ST. STE. 401

       LAREDO, TEXAS 78040

Defendant, in the hereinafter styled and numbered cause:   8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled <u>EX PARTE: JUAN JOSE GARCIA</u>, filed in said Court on the 19th day of June, 2012.  Plaintiff is represented by <u>Calixtro Villarreal, Jr.</u>, whose address is <u>102 N. Texas St., Rio Grande City, Texas 78582.</u>

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: *Melissa Gonzalez*
MELISSA GONZALEZ, Deputy Clerk

## NOTICE
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000025

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:      COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW

          MARY JAYNE VILLARREAL-BONOAN

          P.O. BOX 789

          ZAPATA, TEXAS 78076

Defendant, in the hereinafter styled and numbered cause:   8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012. Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: _MELISSA GONZALEZ, Deputy Clerk_

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000026

# ***CITATION BY MAILING***

THE STATE OF TEXAS

TO:      COUNTY ATTORNEY OF ZAPATA COUNTY

        HON. ALFONSO FIGUEROA

        P.O. BOX 2314

        ZAPATA, TEXAS 78076

Defendant, in the hereinafter styled and numbered cause:   8,044

YOU ARE HEREBY COMMANDED to appear before the **49th District Court** of the City of Zapata, County of Zapata, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 A.M. of the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number 8,044, styled EX PARTE: JUAN JOSE GARCIA, filed in said Court on the 19th day of June, 2012. Plaintiff is represented by Calixtro Villarreal, Jr., whose address is 102 N. Texas St., Rio Grande City, Texas 78582.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the 15th day of October, A.D. 2012.

(SEAL)

DORA MTZ RAMOS
District Clerk of Zapata County, Texas
P.O. Box 788
Zapata, Texas 78076

By: _MELISSA GONZALEZ_
MELISSA GONZALEZ, Deputy Clerk

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

000027

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Eric Olaes_  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

1. Article Addressed to:  #8,044

County Clerk of the
Zapata County Court at Law
Mary Jane Villarreal-Bonoan
P.O. Box 789
Zapata, TX 78076

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2012 OCT 1 P 3:06

FILED
ZAPATA COUNTY, TEXAS

_____ DEPUTY

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7010 0780 0000 2451 7978

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-154

000028

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Dora Ramos*  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

1. Article Addressed to:    #8,044

Clerk of the District Court
Dora Ramos, District Clerk
P.O. Box 788
Zapata, TX 78076

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2012 OCT 17 P 3:06

FILED
ZAPATA COUNTY, TEXAS

_____ DEPUTY

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
*(Transfer from service label)*    7010 0780 0000 2451 7954

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

000029

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jail/Sheriff's Dept. of Zapata County
Lisa Martinez, Custodian of Records
2311 Stop 23
Zapata, TX 78076

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Ewdlla U Ram_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  E. Garcia

C. Date of Delivery  Oct 19-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0780 0000 2451 7923

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

000030

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rumaldo Brun_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

OCT 18 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

District Attorney
Webb County
Hon. Isidro Alaniz
District Attorney
1110 Victoria St. Ste 401
Laredo, TX 78040

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0000 2451 7947

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

000031

**SENDER: COMPLET**  **IS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECT  N  LIVERY**

1. Article Addressed to:

Texas Department of
Public Safety
5805 N. Lamar Blvd.
Austin, TX 78773

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

VICKIE WILLIAMSON  X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED

OCT 19 2012

MAIL ROOM

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0780 0000 2451 7916

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

00032

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

DRAFT RAMOS DEPUTY CLERK

1. Article Addressed to:

2012 OCT 23 P8 04 47

Federal Bureau of Investigations
Laredo, Division

FILED
ZAPATA COUNTY, TEXAS

109 Shiloh Dr., Suite 430
Laredo, TX 78045

BY ____ DEPUTY

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  NILKA N. MONSERRAT  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7010 0780 0000 2451 8326

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-154

000033

DORA M RAMOS
DISTRICT CLERK

*Dora M. Ramos*

ZAPATA COUNTY DISTRICT CLERK
P.O. Box 788
200 E. 7th Ave., Ste.#119
Zapata, Texas 78076

_____ DEPUTY

CERTIFIED MAIL

7010 0780 0000 2451 7961

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0008003770    $07.00
OCT 15 2012
MAILED FROM ZIP CODE 78076

COUNTY ATTORNEY OF ZAPATA COUNTY
HON. ALFONSO FIGUEROA
P.O. BOX 2314
ZAPATA, TEXA

NIXIE      782 DE 1        00 11/07/12
          RETURN TO SENDER
              UNCLAIMED
          UNABLE TO FORWARD
BC: 78076294444   *7093-09670-07-06

000034

# Mary Jayne Villarreal-Bonoan
## Zapata County Clerk
### 200 East 7th Avenue, Suite 138
### Zapata, Texas 78076
### Ph. (956) 765-9915  Fax (956) 765-9933

**Celica A. Rodriguez**          **Eloisa Castillo**          **Jessica Caballero**          **Anna G. Molina**          **Belinda Bravo**
**Chief Deputy County Clerk**    **Deputy County Clerk**      **Deputy County Clerk**       **Deputy County Clerk**      **Deputy Co. Clerk**

## SEARCH RESULTS

Date: **November 29, 2012**

RE: **Juan Jose Garcia**
DOB: **10/23/1973**

Please be advised that after thorough search for the period (s) **2000** to **Present**, we were able
to locate the following records on the above mentioned Style and Numbered Cause:

| Offense | Disposition | Date |
|---|---|---|
| Cause#: **CR-02821** Making a False Statement To TDPS Trooper I  03/31/1995 | Case Dismissed | 07/09/1997 |
| CR-03000 DWI  01/01/1997 | Judgment | 08/03/1998 |
| CR-03003 POM  12/01/1996 | Judgment | 08/03/1998 |
| CR-04116 POM  04/24/2003 | Judgment | 08/13/2003 |
| CR-05728 POM  10/19/2008 | Judgment | 11/20/2008 |

If you have any further questions, please feel free to contact us at the above mentioned address or
phone number.

Sincerely,

*Mary Jayne Villarreal-Bonoan*
County Clerk, Zapata County, Texas

By: _____ Deputy
     *Celica A. Rodriguez*

000035

CAUSE NO. 8044

EX PARTE

§
§
§
§
§
§
§
§

ROSA M. RAMOS
DISTRICT CLERK

2012 DEC 20 P 3: 14

FILED
ZAPATA COUNTY, TEXAS
BY_____DEPUTY

IN THE DISTRICT COURT

49TH JUDICIAL DISTRICT

ZAPATA COUNTY, TEXAS

GARCIA, JUAN JOSE

## ORIGINAL ANSWER FOR RESPONDENT
## TEXAS DEPARTMENT OF PUBLIC SAFETY

THE AFORESAID RESPONDENT files this Original Answer in the above-captioned cause:

### I.

Respondent denies each and every allegation in the petition and respectfully demands strict proof thereof.

THEREFORE, no relief should be granted in behalf of the Petitioner and all costs should be taxed against the Petitioner.

Respectfully submitted,

Randy S. Ortega
CRS Attorney
Bar Card No.: 24052982

Texas Department of Public Safety
Crime Records Service
P.O. Box 4143
Austin, Texas 78765-4143
512-424-5841
512-424-5666 (facsimile)

000036

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the attorney of record for the opposing party by placing it in the United States Mail, certified (returned receipt requested), with sufficient postage affixed thereto on this, the 17th day of December, 2012.

Randy S. Ortega
CRS Attorney
Texas Department of Public Safety

Certified Mail Return Receipt Requested No. 7009 0820 0000 7269 8149

Calixtro Villarreal
Attorney at Law
102 N. Texas St.
Rio Grande City, TX 78582

000037

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
512/424-2000
<u>www.dps.texas.gov</u>

DORA M. RAMOS
DISTRICT CLERK

2012 DEC 20 P 3: 14

FILED
ZAPATA COUNTY, TEXAS

BY_____DEPUTY

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
JOHN STEEN

December 17, 2012

Dora Ramos                 **CMRRR# 7009 0820 0000 7269 8132**
Zapata County District Clerk
Attn: Expunctions
P O Box 788
Zapata, TX 78076-0788

Re:      Ex parte Juan Jose Garcia, Cause No. 8044
         (49th Judicial District, Zapata County, Texas)

Dear District Clerk:

Enclosed is an Original Answer in the above-captioned cause. Please file the original and file mark the copy and return it to me in the enclosed pre-paid postage envelope.

If you have any questions, feel free to call me.

Yours sincerely,

Randy S. Ortega
CRS Attorney
512-424-5841

RO:ro

Enclosure

c:  Calixtro Villarreal           **CMRRR# 7009 0820 0000 7269 8149**
    Attorney at Law
    102 N. Texas St.
    Rio Grande City, TX 78582

000038

DORA M. RAMOS
DISTRICT CLERK
**CAUSE NO. 8,044**
2013 MAR 26 P 4: 54

THE STATE OF TEXAS            §        IN THE DISTRICT COURT

VS.                    FILED §

ZAPATA COUNTY TEXAS        49th JUDICIAL DISTRICT

JUAN JOSE GARCIA      BY _____ DEPUTY        ZAPATA COUNTY, TEXAS
                                      §

## MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **JUAN JOSE GARCIA**, Defendant in the above-entitled and numbered cause by and through his Attorney of Record, **CALIXTRO VILLARREAL, JR.**, and files this his Motion For Continuance and in support thereof would respectfully show unto the Court the following, to wit:

### I.

This cause is currently set for Hearing on Tuesday March 26, 2013, at 9:00 a.m., before the Honorable Jose Lopez, in the 49th Judicial District Court, Zapata County, Texas.

### II.

Counsel advises honorable court that we are set to commence a Jury Trial on Monday 25, 2013 and will continue throughout the week in the 381st District Court before the Honorable Judge Jose Luis Garza. At this time Undersigned Counsel respectfully request that this Honorable court reset the above entitled and numbered cause to a later date or at the courts earliest convenience.

### III.

This motion for continuance is not made for delay, but that justice may be done.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this Motion For Continuance be granted and that this cause be reset on the docket of this Court.

000039

Respectfully submitted,

Law Office of Calixtro Villarreal, Jr
102 N. Texas Street
Rio Grande City, Texas 78582
Telephone No: (956) 487-3739
Facsimile No: (956) 487-8670

By:_____
    Calixtro Villarreal, Jr.
    State Bar No.: 20581905
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., attorney for the Defendant do certify that a true and correct copy of the foregoing Motion for Continuance same has been forwarded to the District Attorney of Zapata County at the Webb County Courthouse, on the 22nd day of March 2013 via Facsimile (956) 523-5054.

_____
Calixtro Villarreal, Jr.

000040

# VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF STARR** §

I, the undersigned attorney of record, swear under oath that the above Motion for Continuance is true and correct.

_____
Calixtro Villarreal, Jr.

SIGNED under oath before me on this the ___22ⁿᵈ___ day of March 2013.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires
__02 / 17 / 15__

JOSE ADAN VILLARREAL, JR.
Notary Public, State of Texas
My Commission Expires
February 17, 2015

000041

CAUSE NO. 8,044

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 49th JUDICIAL DISTRICT |
| | § | |
| JUAN JOSE GARCIA | § | ZAPATA COUNTY, TEXAS |

## ORDER ON MOTION FOR CONTINUANCE

On this the _____ day of _____2013, came on to be

considered the Defendant's Motion for Continuance, and said Motion is hereby:

_____ GRANTED

_____ DENIED

_____ GRANTED AND RESET TO THE _____ DAY OF _____,

2013 AT ____ _____.M.


SIGNED on the _____day of_____ 2013.


HONORABLE JOSE LOPEZ
JUDGE PRESIDING

Cc:

Law Offices of Calixtro Villarreal, Jr.
102 N. Texas Street
Rio Grande City, Texas 78582
Telephone No: (956) 487-3739
Facsimile No: (956) 487-8670
Attorney for Defendant

Honorable Pedro Garza
Assistant District Attorney
Webb County Courthouse
1110 Victoria St.
Laredo, Texas 78040
Telephone No.: (956) 523-4900
Facsimile No.: (956) 523-5054

000042

CAUSE NO.____8044_____

DORA M. RAMOS
DISTRICT CLERK

2014 JAN -7 P 2: 47

FILED
ZAPATA COUNTY, TEXAS

_____DEPUTY

§  IN THE DISTRICT COURT

EX PARTE: JUAN JOSE GARCIA  §  49TH JUDICIAL DISTRICT

§  ZAPATA COUNTY, TEXAS

## ORDER OF DISMISSAL

On this the __6TH___ day of ____JANUARY_____ 2014 came on to be considered the above styled and numbered cause having been duly set on the Court's Docket and the Attorney(s) of record and/or Pro-Se Party(ies) having been notified, and after been called, the Attorney(s) of record and/or Pro-Se Party(ies) did not appear for said hearing. The Court is of the opinion that this cause of action should be **DISMISSED** for Court's Docket for the 49th District Court, and therefore this cause of action is hereby **DISMISSED FOR LACK OF PROSECUTION.**

  **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above styled and numbered cause is hereby DISMISSED without prejudice, all costs of court are adjudged against the party incurring same.

Signed and entered on this __6TH__ day of _____JANUARY_____, 2014.

_____
Jose A. López
49th District Court
Zapata County, Texas

000043

DORA MTZ CASTAÑON
CAUSE NO. 8,014

| | | |
|---|---|---|
| THE STATE OF TEXAS | 2014 SEP 29   P   IN THE DISTRICT COURT | |
| | § | |
| V. | § FILED   49TH JUDICIAL DISTRICT COURT | |
| | ZAPATA COUNTY, TEXAS | |
| JUAN JOSE GARCIA | § ZAPATA COUNTY, TEXAS | |
| | BY _____ DEPUTY | |

ORDER GRANTING AGREED MOTION TO REINSTATE
CASE ON THE COURT'S DOCKET

On the 2nd day of September, 2014, the Court considered the *Agreed Motion to Reinstate Case on the Court's Docket*. Having considered the pleadings on file, evidence presented, and arguments of counsel.

The Court hereby GRANTS the Motion to Reinstate.

SIGNED on _____, 2014.

Agreed to by:

Pete Garza

cc:

PRESIDING JUDGE

Calixtro Villarreal
Texas Bar No. 20581905
Law Firm of Calixtro Villarreal, P.C.
205 Main Street
Rio Grande City, Texas 78582
Telephone: 956-487-3739
Toll-free Fax: 936-487-8670
E-mail: cal_orlaw@hotmail.com
COUNSEL FOR DEFENDANT

Pete Garza
Assistant District Attorney
49th Judicial District Court of Zapata County, Texas
1110 Victoria Street, Ste. 401
Laredo, Texas 78040
Telephone: 956-523-4900
Free Fax: 956-525-5054

000044

EX PARTE 2014 SEP 29 P 4: 18    §    IN THE DISTRICT COURT

§

FILED
ZAPATA COUNTY, TEXAS    §    _49TH_ JUDICIAL DISTRICT

BY _____ DEPUTY    §

JUAN JOSE GARCIA    §    ZAPATA COUNTY, TEXAS

## ORDER
## ON AMENDED VERIFIED PETITION FOR EXPUNCTION OF RECORDS

On this _29th_ day of _September_, 20_14_, the Court considered

the Verified Petition for Expunction of Records of **JUAN JOSE GARCIA**, which the Court

finds should be **GRANTED.**

The following information regarding Petitioner is included in this Order pursuant to

Section 3(b) of Article 55.02, Texas Code of Criminal Procedure:

NAME: **JUAN JOSE GARCIA**
SEX: MALE
RACE: HISPANIC
DATE OF BIRTH: NOVEMBER 8, 1990
DRIVER'S LICENSE NO.: 24213370, TEXAS
SOCIAL SECURITY NO.: 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
ADDRESS AT TIME OF ARREST: 1514 U.S. HWY. 83 ZAPATA, TEXAS 78076

**THE COURT FINDS** that **JUAN JOSE GARCIA** is entitled to expunction as provided

by Article 55.01(a)(2), Texas Code of Criminal Procedure, with respect to the following offense

charged against Petitioner, with pertinent information provided in accordance with said Section

3(b) of said Article 55.02:

ALLEGED OFFENSE: AGGRAVATED SEXUAL ASSAULT
DATE OF ALLEGED OFFENSE: APRIL 16, 2002

ORIGINAL 000045

DATE OF ARREST: APRIL 16, 2002
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: ATTEMPTED MURDER
DATE OF ALLEGED OFFENSE: JULY 10, 1994
DATE OF ARREST: JULY 10, 1994
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: SEXUAL ASSAULT
DATE OF ALLEGED OFFENSE: AUGUST 1, 2001
DATE OF ARREST: AUGUST 1, 2001
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF MARIHUANA
DATE OF ALLEGED OFFENSE: FEBRUARY 26, 2001
DATE OF ARREST: FEBRUARY 26, 2001
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: SEPTEMBER 14, 1997
DATE OF ARREST: SEPTEMBER 14, 1997
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: EVADING ARREST
DATE OF ALLEGED OFFENSE: NOVEMBER 15, 1997
DATE OF ARREST: NOVEMBER 15, 1997
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

000046

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: AUGUST 7, 1994
DATE OF ARREST: AUGUST 7, 1994
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: BURGLARY OF HABITATION
DATE OF ALLEGED OFFENSE: MARCH 12, 1993
DATE OF ARREST: MARCH 12, 1993
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

ALLEGED OFFENSE: POSSESSION OF CONTROLLED SUBSTANCE
DATE OF ALLEGED OFFENSE: MARCH 12, 1993
DATE OF ARREST: MARCH 12, 1993
COUNTY WHERE ARRESTED: ZAPATA COUNTY
MUNICIPALITY WHERE ARREST OCCURRED: ZAPATA , TEXAS 78076
ARRESTING AGENCY: ZAPATA COUNTY SHERIFF'S OFFICE

**THE COURT FURTHER FINDS** that the circumstances surrounding the dismissal of said offense or the quashing of the indictment or information indicate that there was an absence of probable cause at the time of such dismissal **IN THE INTEREST OF JUSTICE.**

If the state establishes that the person who is the subject of an expunction order is still subject to conviction for an offense arising out of the transaction for which the person was arrested because the statute of limitations has not run and there is reasonable cause to believe that the state may proceed against the person for the offense, the court may provide in its expunction an order that the law enforcement agency and the prosecuting attorney responsible for investigating the offense may retain any records and files that are necessary to the investigation.

The court shall provide in its expunction order that the applicable law enforcement agency and prosecuting attorney may retain the arrest records and files of any person who

becomes entitled to an expunction of those records and files based on the expiration of a period described by Article 55.01 (a) (2) (A) (I) (a), (b), or ( c ), but without the certification of the prosecuting attorney as described by Article 55.01 (a) (2) (A) (I) (d).

THE COURT FURTHER FINDS that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, or other officials, agencies, entities, or political subdivisions may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described in this Order, and which are subject to expunction:

TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 N. LAMAR BLVD.
AUSTIN, TEXAS 78773;

JAIL/ SHERIFF'S DEPARTMENT OF ZAPATA COUNTY
LISA MARTINEZ, CUSTODIAN OF RECORDS
2311 STOP 23A
ZAPATA, TEXAS 78076;

FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIV.
109 SHILO DR. STE 430
LAREDO, TEXAS 78045.

DISTRICT ATTORNEY OF WEBB COUNTY
HONORABLE ISIDRO "CHILO" ALANIZ, DISTRICT ATTORNEY
1110 VICTORIA ST. STE. 401
LAREDO, TEXAS 78040

CLERK OF THE DISTRICT COURT, IN WHICH PETITION IS FILED
DORA RAMOS
P.O. BOX 788
ZAPATA COUNTY COURTHOUSE
ZAPATA, TEXAS 78076-0788;

COUNTY ATTORNEY OF ZAPATA COUNTY
HON. ALFONSO FIGUEROA
P.O. BOX 2314
ZAPATA, TEXAS 78076-2314

COUNTY CLERK OF THE ZAPATA COUNTY COURT AT LAW
MARY JAYNE VILLARREAL-BONOAN
P.O. BOX 789
ZAPATA COUNTY COURTHOUSE
ZAPATA, TEXAS 78076-0789

**THE COURT ORDERS** that any of the above-named agencies and/or persons that sent information to a central federal depository regarding the arrest and/or alleged offense described herein shall request such federal depository to return all records and files subject of this Order.

**THE CLERK OF THIS COURT IS ORDERED** to send a certified copy of this Order by hand delivery or by certified mail, return receipt requested, to the Crime Records Service of the Texas Department of Public Safety and to each other agency, jail or other detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named herein above. In the event that this Order is delivered by hand delivery, the clerk of the court is further directed to receive a receipt for each such Order delivered in this manner.

The Texas Department of Public Safety is ORDERED to notify any central federal depository of criminal records by any reasonable means of this Order, with an explanation of the effect of the Order and a request that the records in possession of the depository, including any information with respect to the Order, be destroyed or returned to the Court.

**IT IS FURTHER ORDERED**, that, upon receipt of this Order, each agency, jail or other

Order on Amended Verified Petition for Expunction of Records
Cause No. 8044 / Juan Jose Garcia

5

000049

detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named herein above shall: (1) return to this Court all records and files that are subject to this Order, or, if removal is impracticable, obliterate all portions of the record or file that identify **JUAN JOSE GARCIA** and notify this Court of any such action; and (2) delete from public records all index references to the records and files that are subject to this Order.

**IT IS FURTHER ORDERED** that the records concerning this proceeding are not open for inspection by anyone, and the Clerk of this Court shall obliterate all public references to this proceeding and maintain the files or other records in an area not open to inspection.

Any and all files or records subject to this Order shall be destroyed by the Clerk of this Court not earlier than the 60th day after the date of this order or later than the first anniversary of the date of this Order, and the Clerk shall certify to the Court the destruction of the same.

Signed on the _____ day of _____, 20___

_____
**JUDGE PRESIDING**

xc:

Calixtro Villarreal, P.C.
205 West Main Street
Rio Grande City, Texas 78582
Tel: (956) 487-3739 / Fax: (956) 487-8679
Attorney for Defendant

Isidro 'Chilo' Alaniz, District Attorney
Pete Garza, Assistant District Attorney
1110 Victoria Street, Ste. 401
Laredo, Texas 78040
Tel: (956) 765-9808 / (956) 523-4900
Fax: (956) 523-5054

Order on Amended Verified Petition for Expunction of Records
Cause No. 8044 / Juan Jose Garcia

6



COPY

DORA MTZ CASTAÑON
DISTRICT CLERK
CAUSE NO. 8,044

2015 APR -1 A 10: 54

FILED
ZAPATA COUNTY, TEXAS
BY_____ DEPUTY

EX PARTE § IN THE DISTRICT COURT

§ 49TH JUDICIAL DISTRICT

JUAN JOSE GARCIA § ZAPATA COUNTY, TEXAS

## TEXAS DEPARTMENT OF PUBLIC SAFETY'S
## NOTICE OF RESTRICTED APPEAL

Respondent, the Texas Department of Public Safety, an entity exempt from the prepayment of filing fees and other court costs, gives notice of its intent to appeal the judgment in this case. TEX. CIV. PRAC. & REM. CODE ANN. § 6.001(b)(2); *Texas Atty. Gen. Op.* No. DM-459 (1997).

1.    The trial court is the 49th Judicial District Court of Zapata County, Texas. The style of the case is, "EX PARTE JUAN JOSE GARCIA," No. 8,044.

2.    The judgment was signed on September 29, 2014.

3.    Respondent wishes to appeal the Order of Expunction.

4.    Respondent appeals to the Fourth  Court of Appeals, located in San Antonio, Texas.

5.    Respondent, Texas Department of Public Safety, is the only party filing this notice.

6.    Respondent is a party affected by the order of the trial court.

7.    Respondent did not participate, personally or through counsel, in the hearing that resulted in the final judgment it is appealing.

000051

8. Respondent did not file any post judgment motions, request for findings of fact and conclusions of law, or notice of appeal.

Respectfully submitted,

D. Kaylyn Betts
Crime Records Attorney
State Bar No. 24064894
Texas Department of Public Safety
Crime Records Service (MSC 0234)
P.O. Box 4143
Austin, Texas 78765-4143
Tel. (512) 424-5836
Fax (512) 424-5666
kaylyn.betts@dps.texas.gov

ATTORNEY FOR RESPONDENT,
DEPARTMENT OF PUBLIC SAFETY

2

000052

## CERTIFICATE OF SERVICE

This certifies that a copy of this notice of appeal has been sent to the Court and served upon the attorney of record for the opposing party by United States Certified Mail, return receipt requested, with sufficient postage affixed thereto, on March 27, 2015.

D. Kaylyn Betts
Crime Records Attorney
Texas Department of Public Safety

c:    Calixtro Villarreal, Jr., Attorney        **CMRRR# 7012 3460 0003 3291 9752**
102 N. Texas St.
Rio Grande City, Texas 78582

3

000053



**CAUSE NO. 8,044**

DORA MTZ CASTAÑON
DISTRICT CLERK

2015 APR -1 A 10: 54

FILED
ZAPATA COUNTY, TEXAS

BY _____ DEPUTY

EX PARTE

JUAN JOSE GARCIA

§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

49TH JUDICIAL DISTRICT

ZAPATA COUNTY, TEXAS

## DESIGNATION OF CLERK'S RECORD

Respondent, the Texas Department of Public Safety, is appealing this case to the Fourth Court of Appeals at San Antonio, Texas.

1. The Order of Expunction was signed by the trial court on September 29, 2014.

2. Respondent asks you to include the following documents in the record you prepare:

   (1) The Petition for Expunction and any amended pleadings of petitioner.

   (2) Any and all responsive pleadings (including, but not limited to general denial) filed by any of the law enforcement agencies named in the Petition for Expunction.

   (3) All Fiats/Notices of Hearing and accompanying certified mail/return receipt card(s) indicating service of notice by certified mail for each fiat/notice mailed to each of the law enforcement agencies named in the Petition For Expunction for the original hearing date (i.e., January 22, 2013) and any other settings. The fiats/notices and accompanying certified mail/return receipt card(s) shall include the fiats/notices and certified mail/return receipt card(s) notifying The Texas Department of Public Safety, Crime Records Service, P.O. Box 4143 Austin, Texas 78765-4143 and/or 5805 N. Lamar Blvd., P. O. Box 4087, Austin, Texas 78773-0140.

   (4) The Order of Expunction signed by the trial court on September 29, 2014, and any other order/judgment entered by the trial court.

   (5) Copy of the trial court's Docket Sheet in Cause No. 8,044.

000054

(6)   Copies of any exhibits introduced into evidence and either admitted into evidence or refused admission by the trial court as evidence in Cause No. 8,044, if such are in your possession.

(7)   The Notice of Appeal.

(8)   The Designation of Clerk's Record and any request for the Clerk's Record.

(9)   Any request for the Reporter's Record.

(10)  The letter to Dora Martinez Castanon, District Clerk of Zapata County, Texas, plus items (7), (8) and (9) above.

(11)  The trial court's charge and the jury verdict, or the trial court's findings of fact and conclusions of law, if any.

(12)  Any request for findings of fact and conclusions of law, any post-judgment motion, and the trial court's order thereon.

(13)  Any formal bill of exception.

(14)  A certified copy of the complaint, information, judgment and sentence for, and any other documents (including any attachments or exhibits) relating to Juan Jose Garcia's charge of Possession of Marijuana in Criminal Cause No. 4116 in the County Court of Zapata County, Texas and the trial court's docket sheet in said cause, if such are in your possession.

(15)  A certified bill of costs, including the cost of preparing the Clerk's Record, showing credits for payments made.

2

000055

3. WHEREFORE, PREMISES CONSIDERED, respondent, the Texas Department of Public Safety, respectfully requests that the Clerk of this Court will make and prepare the foregoing materials and include them in the Clerk's Record in this cause on appeal. When the Clerk's Record is prepared, please forward it to the Fourth Court of Appeals. Please be advised that the Clerk's Record must be filed with the Fourth Court of Appeals within 30 days after the Notice of Appeal is filed in this cause, that is, on or about April 27, 2015.

Respectfully submitted,

D. Kaylyn Betts
Crime Records Attorney
State Bar No. 24064894
Texas Department of Public Safety
Crime Records Service
P. O. Box 4143
Austin, Texas 78765-4143
Tel. (512) 424-5836
Fax (512) 424-5666
kaylyn.betts@dps.texas.gov

ATTORNEY FOR RESPONDENT,
DEPARTMENT OF PUBLIC SAFETY

000056

## CERTIFICATE OF SERVICE

This certifies that a copy of this Designation of Clerk's Record has been served upon the attorney of record for the opposing party by United States Certified Mail, return receipt requested, with sufficient postage affixed thereto, on March 27, 2015.

D. Kaylyn Betts
Crime Records Attorney
Texas Department of Public Safety

c:  Calixtro Villarreal, Jr., Attorney
    102 N. Texas St.
    Rio Grande City, Texas 78582

**CMRRR# 7012 3460 0003 3291 9752**

4

000057

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov

2015 APR -1  A 10: 54

FILED
ZAPATA COUNTY, TEXAS
BY_____ DEPUTY

COPY



STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
MANNY FLORES
FAITH JOHNSON
STEVEN P. MACH
RANDY WATSON

March 27, 2015

Dora Martinez Castanon,
Zapata County District Clerk
200 E. 7th Avenue, Ste. 119
Zapata, Texas 78076

CMRRR# 7012 3460 0003 3291 9769

Re:    Ex Parte Juan Jose Garcia, Cause No. 8,044
       (49th Judicial District Court, Zapata County, Texas)

Dear District Clerk:

Enclosed are a notice of appeal and designation of clerk's record. Please file these originals.
Also enclosed are copies of these documents as well as a request for the reporter's record.
Please filemark all copies, file one set of documents for your records, and return a set to me in
the provided pre-paid envelope.

If you have any questions, feel free to contact me.

Yours sincerely,

D. Kaylyn Betts
Crime Records Attorney
Texas Department of Public Safety
(512) 424-5836
kaylyn.betts@dps.texas.gov

Enclosures

c:  Calixtro Villarreal, Jr., Attorney        CMRRR# 7012 3460 0003 3291 9752
    102 N. Texas St.
    Rio Grande City, Texas 78582

Jail/Sheriff's Department    **FIRST CLASS MAIL**
Lisa Martinez, Custodian of Records
2311 Stop 23A
Zapata, Texas 78076

District Attorney of Webb County  **FIRST CLASS MAIL**
Hon. Isidro "Chilo" Alaniz
1110 Victoria St. Ste. 401
Laredo, Texas 78040

County Attorney of Zapata County  **FIRST CLASS MAIL**
Hon. Alfonso Figueroa
P.O. Box 2314
Zapata, Texas 78076

County Clerk of Zapata County  **FIRST CLASS MAIL**
P.O. Box 789
Zapata County Courthouse
Zapata, Texas 78076

000059·



# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD · BOX 4087 · AUSTIN, TEXAS 78773-0001

512/424-2000

www.dps.texas.gov

2015 APR -1 A 10: 54

FILED
ZAPATA COUNTY, TEXAS
BY_____ DEPUTY

COPY

DISTRICT CLERK

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
MANNY FLORES
FAITH JOHNSON
STEVEN P. MACH
RANDY WATSON

March 27, 2015

Cyndy Lenz,
Court Reporter
49th Judicial District Court
P.O. Box 789
Zapata, Texas 78076

CMRRR# 7012 3460 0003 3291 9745

Re:     Ex Parte Juan Jose Garcia, Cause No. 8,044
        (49th Judicial District Court, Zapata County, Texas)

Dear Ms. Lenz:

The Texas Department of Public Safety is appealing this case to the Fourth Court of Appeals at San Antonio, Texas. The Order of Expunction was signed by the trial court on September 29, 2014. The trial on the merits was held on or about January 22, 2013 or September 29, 2014 before the Honorable Jose Antonio Lopez.

Please prepare, file, and certify the entire reporter's record, including, but not limited to, the entire court reporter's transcription of:

1.  the calling of the case;

2.  all discussion during trial between the judge and the attorneys;

3.  opening statements;

4.  testimony of all witnesses;

5.  the introduction of all exhibits;

6.  objections to the introduction of exhibits and the rulings of the trial court thereon;

7.  any objections to testimony made by any party who participated in the trial and the rulings of the trial court thereon;

000060

EQUAL OPPORTUNITY EMPLOYER
COURTESY • SERVICE • PROTECTION

8. any offers of proof and/or bills of exception;

9. any exhibits in your possession that were introduced by any party and the rulings of the trial court thereon; and

10. closing arguments.

The original of the reporter's record must be filed with the Fourth Court of Appeals in San Antonio on or about April 27, 2015. If there is no reporter's record available, please file an affidavit to that effect.

Please submit a statement of costs to the Department of Public Safety for the preparation of the reporter's record. Please include your vender identification number on the statement. **Payment will be made upon receipt of the statement.** Please send the statement and a copy of the reporter's record or a copy of the affidavit electronically to: kaylyn.betts@dps.texas.gov or to the following address:

> Texas Department of Public Safety
> Crime Records Service (MSC 0234)
> P.O. Box 4143
> Austin, Texas 78765-4143

If you have any questions, feel free to contact me.

Yours sincerely,

D. Kaylyn Betts
Crime Records Attorney
Texas Department of Public Safety
(512) 424-5836
kaylyn.betts@dps.texas.gov

000061

## CERTIFICATE OF SERVICE

This certifies that a copy of this request for a reporter's record has been filed with the

Court and served upon the attorney for the opposing party by United States Certified Mail,

return receipt requested, with sufficient postage affixed thereto, on March 27, 2015.



_____
D. Kaylyn Betts
Crime Records Attorney
Texas Department of Public Safety


c:    Calixtro Villarreal, Jr., Attorney        **CMRRR# 7012 3460 0003 3291 9752**
      102 N. Texas St.
      Rio Grande City, Texas 78582

000062

# CIVIL DOCKET

## CASE NO. 8,044

Scott-Merriman Inc. T111487JB

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING Mo. | Day | Year |
|---|---|---|---|---|---|---|
| 8,044 | EX PARTE: JUAN JOSE GARCIA vs. Dft. | CALIXTRO VILLARREAL 102 N. TEXAS ST. RIO GRANDE CITY, TEXAS 78582 Pltf. 956-487-3739 956-487-8670 fax | EXPUNCTION | JUNE | 19 | 2012 |

FEE BOOK — Vol. / Page

DATE OF ORDERS — Month / Day / Year

Was Stenographer Used?

Paid By — Jury Fee, — Jury No.

| Month | Day | Year | ORDERS OF COURT | MINUTE BOOK Vol. | Page | PROCESS |
|---|---|---|---|---|---|---|
| JUNE | 19 | 2012 | VERIFIED PETITION FOR EXPUNCTION OF RECORDS | | | |
| SEPT. | 6 | 2012 | CASE CALLED IN ZAPATA BEFORE JUDGE JOSE A. LOPEZ. CASE RESET TO 10-1-12 @ 1:30 pm. | | | |
| OCT. | 15 | 2012 | AMENDED VERIFIED PETITION FOR EXPUNCTION OF RECORDS | GINNY | | |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO TEXAS DEPARTMENT OF PUBLIC SAFETY (VIA CMRR) | | | 7010 0780 0000 2451 7916 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO JAIL/SHERIFFS DEPT. OF ZAPATA COUNTY, LISA MARTINEZ, CUSTODIAN OF RECORDS (VIA CMRR) | | | 7010 0780 0000 2451 7923 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO FEDERAL BUREAU OF INVESTIGATIONS, LAREDO DIVISION (VIA CMRR) | | | 7010 0780 0000 2451 8326 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO CLERK OF THE DISTRICT COURT, DORA RAMOS (VIA CMRR) | | | 7010 0780 0000 2451 7954 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO DISTRICT ATTORNEY, HON. ISIDRO ALANIZ, DA (VIA CMRR) | | | 7010 0780 0000 2451 7947 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO COUNTER CLERK, MARY JANE VILLARREAL-BONOAN (VIA CMRR) | | | 7010 0780 0000 2451 7978 |
| OCT. | 15 | 2012 | ISSUED CITATION BY MAILING TO COUNTY ATTORNEY, HON. ALFONSO FIGUEROA (VIA CMRR) | | | 7010 0780 0000 2451 7961 |

Oct 17 2012 Return Receipt County Clerk 10-16-12

63

vs.

No. 8044

| Month | Day | Year | ORDERS OF COURT | MINUTE BOOK Vol. | Page |
|---|---|---|---|---|---|
| Oct | 17 | 2012 | Return Receipt, District Clerk 10-16-12 | | |
| Oct | 19 | 2012 | Return Receipt, local Sheriff dept 10-19-12 | | |
| Oct | 22 | 2012 | Return Receipt, District Attorney, Isidro Alaniz, 10-19-12 | | |
| Oct | 22 | 2012 | Return Receipt, Texas Dept. of Public Safety, 10-19-12 | | |
| Oct | 23 | 2012 | Return Receipt, Federal Bureau of Investigations, Laredo Division | | |
| Nov | 9 | 2012 | Returned Unclaimed, Return Receipt, County attorney, Alfonso Figueroa | | |
| DEC | 03 | 2012 | SEARCH RESULTS, ZAPATA COUNTY CLERK | | |
| Dec | 20 | 2012 | Original Answer for Respondent Texas Department of Public Safety | | |
| JAN | 22 | 2013 | CASE CALLED IN ZAPATA BEFORE JUDGE JOSE A. LOPEZ. PETE GARZA PRESENT. DEFT IN CUSTODY. CASE RESET FOR 2-4-13 @ 9:00 am | | |
| FEB. | 4 | 2013 | CASE CALLED IN ZAPATA BEFORE JUDGE JOSE A. LOPEZ. PETE GARZA PRESENT FOR DEFENDANT. DEFENDANT PRESENT IN CUSTODY. ORDER TO BE SUBMITTED TO DA FOR APPROVAL. CASE RESET TO 3-25-13 @ 9:00 am | | |
| MARCH | 26 | 2013 | CASE CALLED IN ZAPATA BEFORE JUDGE JOSE A. LOPEZ. PETE GARZA PRESENT FOR STATE. DEFT. JUAN JOSE GARCIA IN CUSTODY. MOTION FOR CONTINUANCE. CASE RESET FOR 4-23-13 | | |
| MARCH | 26 | 2013 | MOTION FOR CONTINUANCE | | |
| NOV. | 12 | 2013 | CASE CALLED IN ZAPATA BEFORE JUDGE JOSE A. LOPEZ. PETE GARZA PRESENT FOR STATE. DA TO REVIEW ORDER. CASE RESET TO 12-2-13 @ 10:00 am FOR ENTRY OF JUDGMENT. | | |
| Dec | 03 | 2013 | Case called in Zapata before Judge Jose A. Lopez, Pete Garza + Calixtro Villarreal present, case reset 12-16-13 | | |

0064

Scott-Merriman Inc. EPN1305594

# CIVIL DOCKET

**CASE NO.** 8,044

| NUMBER OF CASE | NAMES OF PARTIES | | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING |
| --- | --- | --- | --- | --- | --- |
| 8,044 | vs. | Pltf. | | Mo. | Day | Year |
| | | Dft. | | Jury Fee, | |
| **FEE BOOK** Vol. | Page | | | Paid By | |
| | | | | Jury No. | |

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | | PROCESS |
| --- | --- | --- | --- | --- | --- | --- |
| Month | Day | Year | | Vol. | Page | |
| | | | Was Stenographer Used? | | | |
| Dec | 16 | 2013 | Case called is Zapata vs the Quote Plus | | | Blanca Flee |
| | | | Charles, Attorney not present. Pete Zapata present. Case Reset 1-6-14 | | | |
| Jan | 06 | 2014 | Case called is Zapata vs the Quote Plus. Zapata present. Defendant | | | Cindy Feÿ |
| | | | Williams not present. Case dismissed | | | |
| Jan | 07 | 2014 | Order of dismissal signed by Judge Dale | 230 | 382 | |
| | | | Dfd. Sept 1-6-14 | | | |
| Sept | 29 | 2014 | Order granting Plaintiff Motion to Reinstate | | | |
| | | | Case on the Active Docket Signed by Judge | | | |
| | | | Paul Canales 9-29-14 | | | |
| Sept | 29 | 2014 | Order on Amended Verified Petition | | | |
| | | | for Injunctive Relief and Petition signed by Judge | | | |

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | |
| Month | Day | Year | | Vol. | Pag |
| Cont | | | Paul Carter 9-29-14 | 5 | |
| April | 9 | 2015 | Texas Department of Public Safety noted of Restricted Appeal | 0000 | |
| April | 9 | 2015 | designation of Clerks record | | |



THE STATE OF TEXAS:

COUNTY OF ZAPATA:

I, Dora Mtz. Castañon, Clerk of the 49TH District Court of ZAPATA County, Texas do hereby certify that the record on appeal to the 4TH COURT OF APPEAL of Texas in Cause No. 8,044 and styled:

EX PARTE

JUAN JOSE GARCIA

in the District Court of ZAPATA County, Texas, appears of record as manifest, to which this certification is attached thereto and made a part thereof, contains a true and correct transcript of all matters and proceedings had and done in said cause.

Given under my hand and official signature and seal of office at Zapata, Texas this the 5th day of May 2015.

Dora Mtz. Castañon, District Clerk

Zapata County, Texas

By: _____ Deputy

©TDCA2005

**4**

000067